FILED

00 MAY -2

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

MAY 0 2 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CAREMARK RX, INC. AND EDWIN M. CRAWFORD,

*Plaintiffs*,

vs.

MARK E. HOLLIDAY, ET AL.
*Defendants*.

CV-00-C-0767-S

DISMISSAL ORDER

Based upon the accompanying *Stipulation of Dismissal*, it is hereby ORDERED that all claims in the above-referenced action asserted against Defendants Neil S. Subin and Trendex Capital Management II Corporation should be, and the same hereby are, DISMISSED with prejudice. This cause, however, shall proceed against Defendants Mark E. Holliday and Heartland Capital Corporation.

Each party to bear its own costs.

DONE this 1st day of May, 2000.

UNITED STATES DISTRICT JUDGE
U.W. CLEMON

9