IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
00 MAY 15 PM 4:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

CAREMARK RX, INC, AND EDWIN M. CRAWFORD
Plaintiffs,

v.

MARK E. HOLLIDAY, HEARTLAND CAPITAL CORPORATION, NEIL S. SUBIN, and TRENDEX CAPITAL MANAGEMENT II CORPORATION
Defendants.

CIVIL ACTION NO.
CV 00-C767 - S

ENTERED
MAY 24 2000

GRANTED
JUDGE 5/23/00 DATE

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

COME NOW Caremark Rx, Inc. and Edwin M. Crawford and, pursuant to LR 26.1 (c)(1)(C), move for expedited discovery to aid in the resolution of Defendant Mark E. Holliday's ("Holliday's") Motion to Quash Service of Process and Objection to Venue. In support of their motion, Plaintiffs rely upon the pleadings and papers filed in this action, and the Brief in Support of Plaintiffs' Motion for Expedited Discovery filed simultaneously herewith.

WHEREFORE, Plaintiffs respectfully request that this Court issue an Order granting Plaintiffs' Motion for Expedited Discovery to allow the parties to conduct discovery regarding Holliday's direct and indirect tortious acts against these Alabama citizens, Holliday's general contacts with this forum and Holliday's objections to personal jurisdiction and venue in this forum and issues raised in Holliday's objections to personal jurisdiction.

James W. Gewin
John W. Smith T

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
2001 Park Place North, Suite 1400

16