FILED

00 JUL 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ENTERED
JUL 25 2000

| | | |
|---|---|---|
| CAREMARK RX, INC. AND EDWIN M. CRAWFORD, *Plaintiffs*, | ) | |
| vs. | ) | CV-00-C-767-S |
| MARK E. HOLLIDAY, ET AL., *Defendants*. | ) | |

DISMISSAL ORDER

Based upon the accompanying *Joint Stipulation of Dismissal*, it is hereby ORDERED that the case is hereby DISMISSED with prejudice.

Each party shall bear its own costs.

DONE this 25th day of July, 2000.

UNITED STATES DISTRICT JUDGE
U.W. CLEMON

25